IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ('310) PATENT LITIGATION | ) ) MDL NO. 21-MD-3017 (RGA) ) |
| BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., <br><br>Plaintiffs,<br><br>v.<br><br>MACLEODS PHARMACEUTICALS LTD. and MACLEODS PHARMA USA, INC.,<br><br>Defendants. | ) ) ) ) ) ) ) ) C.A. No. 25-719 (RGA) ) ) ) ) ) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*
OF COREY WEINSTEIN, NEAL SETH AND WESLEY E. WEEKS**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Corey Weinstein, Neal Seth and Wesley E. Weeks of the law firm Wiley Rein LLP in Washington, DC to represent Macleods Pharmaceuticals Ltd. and Macleods Pharma USA, Inc. in this matter.

ME1 27871028v.1

| | |
|---|---|
| Dated: September 30, 2025 | Respectfully submitted,<br><br>STAMOULIS & WEINBLATT LLC<br><br> /s/ *Stamatios Stamoulis*<br>Stamatios Stamoulis (#4606)<br>Richard C. Weinblatt (#5080)<br>800 N. West Street Third Floor<br>Wilmington, DE 19801<br>(302) 999-1540<br>stamoulis@swdelaw.com<br>weinblatt@swdelaw.com<br><br>*Attorneys for Defendant*<br>*Macleods Pharmaceuticals Ltd. and*<br>*Macleods Pharma USA, Inc.* |

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* of Corey Weinstein, Neal Seth and Wesley E. Weeks of the law firm Wiley Rein LLP in Washington, DC is GRANTED.

Dated: _____   _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE* OF COREY WEINSTEIN

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia, and State of Texas, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order: Annual Registration Fee / Pro Hac Vice Fee, I further certify that the annual fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

*/s/ Corey Weinstein*
Corey Weinstein
WILEY REIN LLP
2050 M St. NW
Washington, DC 20036
(202) 719-7110
cweinstein@wiley.law

Dated: September 30, 2025

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE* OF NEAL SETH

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order: Annual Registration Fee / Pro Hac Vice Fee, I further certify that the annual fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

*/s/ Neal Seth*
Neal Seth
WILEY REIN LLP
2050 M St. NW
Washington, DC 20036
(202) 719-7000
nseth@wiley.law

Dated: September 30, 2025

ME1 27871028v.1

# CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE* OF WESLEY WEEKS

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of District of Columbia and Virginia, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order: Annual Registration Fee / Pro Hac Vice Fee, I further certify that the annual fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

*/s/ Wesley E. Weeks*
Wesley E. Weeks
**WILEY REIN LLP**
2050 M St. NW
Washington, DC 20036
(202) 719-7000
wweeks@wiley.law

Dated: September 30, 2025

ME1 27871028v.1

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2025, I electronically filed the above documents with the Clerk of Court using CM/ECF, which will send electronic notification of such filings to all registered counsel.

*/s/Stamatios Stamoulis*
Stamatios Stamoulis (#4606)

ME1 27871028v.1