IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ('310) PATENT LITIGATION | ) ) ) ) | MDL NO. 21-MD-3017 (RGA) |
| BAYER PHARMA AG, BAYER AG and JANSSEN PHARMACEUTICALS, INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 21-314 (RGA) (JLH) (Consolidated) |
| LUPIN LIMITED, et al. | ) ) ) | |
| Defendants. | ) ) | |
| BAYER PHARMA AG, BAYER AG and JANSSEN PHARMACEUTICALS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 21-1742 (RGA) |
| MYLAN PHARMACEUTICALS INC. and MYLAN INC. | ) ) ) ) | |
| Defendants. | ) ) | |
| BAYER PHARMA AG, BAYER AG and JANSSEN PHARMACEUTICALS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 23-410 (RGA) |
| v. | ) ) | |
| DR. REDDY'S LABORATORIES, INC. and DR. REDDY'S LABORATORIES, LTD., | ) ) ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| BAYER INTELLECTUAL PROPERTY GMBH, BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PRINSTON PHARMACEUTICAL, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 24-336 (RGA) |
| BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN LIMITED and LUPIN PHARMACEUTICALS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 25-349 (RGA) |
| BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AUROBINDO PHARMA LIMITED and AUROBINDO PHARMA USA, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 25-631 (RGA) |
| BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. | ) ) ) ) ) ) ) ) | C.A. No. 25-694 (RGA) |

| | |
|---|---|
| APOTEX INC. and APOTEX CORP.,               )<br>                                            )<br>            Defendants.                    )<br>_____)<br>                                            )<br>BAYER PHARMA AG, BAYER AG, and             )<br>JANSSEN PHARMACEUTICALS, INC.,             )<br>                                            )<br>            Plaintiffs,                    )<br>                                            )<br>      v.                                   )<br>                                            )<br>MACLEODS PHARMACEUTICALS LTD. and          )<br>MACLEODS PHARMA USA, INC.,                 )<br>                                            )<br>            Defendants.                    )<br>_____)<br>                                            )<br>BAYER PHARMA AG, BAYER AG, and             )<br>JANSSEN PHARMACEUTICALS, INC.,             )<br>                                            )<br>            Plaintiffs,                    )<br>                                            )<br>      v.                                   )<br>                                            )<br>ALEMBIC PHARMACEUTICALS LIMITED,           )<br>ALEMBIC GLOBAL HOLDING SA, and             )<br>ALEMBIC PHARMACEUTICALS, INC.,             )<br>                                            )<br>            Defendants.                    )<br>_____)<br>                                            )<br>BAYER PHARMA AG, BAYER AG, and             )<br>JANSSEN PHARMACEUTICALS, INC.,             )<br>                                            )<br>            Plaintiffs,                    )<br>                                            )<br>      v.                                   )<br>                                            )<br>HETERO LABS LIMITED, ASCENT                )<br>PHARMACEUTICALS INC., and CAMBER           )<br>PHARMACEUTICALS, INC.,                     )<br>                                            )<br>            Defendants.                    )<br>_____)  | <br><br><br><br><br><br><br><br><br><br>C.A. No. 25-719 (RGA)<br><br><br><br><br><br><br><br><br><br><br><br><br><br>C.A. No. 25-753 (RGA)<br><br><br><br><br><br><br><br><br><br><br><br><br>C.A. No. 25-754 (RGA) |

3

|  |  |
|---|---|
| BAYER PHARMA AG, BAYER AG and JANSSEN PHARMACEUTICALS, INC., | ) ) ) ) |
| Plaintiffs, | ) ) ) C.A. No. 25-1043 (RGA) |
| v. | ) ) |
| DR. REDDY'S LABORATORIES, INC. and DR. REDDY'S LABORATORIES, LTD., | ) ) ) |
| Defendants. | ) ) ) |

# JOINT STIPULATION TO EXTEND TIME TO PROVIDE STATUS REPORT

WHEREAS, this case had been stayed pending a decision by the United States Court of Appeals for the Federal Circuit in *Bayer Pharma Aktiengesellschaft v. Mylan Pharmaceuticals Inc.*, No. 23-2434 (Fed. Cir.), on appeal from *Mylan Pharmaceuticals Inc. et al. v. Bayer Pharma AG*, IPR2022-00517 (PTAB),[1] which decision was entered on September 23, 2025;

WHEREAS, by Joint Status Report of September 30, 2025, the Parties agreed the cases in this MDL should continue to be stayed until the Federal Circuit issued its mandate, and to provide a further Joint Status Report seven days after the issuance of the mandate;

WHEREAS, the mandate issued December 1, 2025; and

WHEREAS the parties agree to request an additional two weeks to arrive at a Joint Status Report to present the parties' views as to how the case should proceed;

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that the time for the parties to provide a joint status report is extended two weeks, to December 22, 2025.

---

[1] IPR2022-00517 includes IPR2022-01513 and IPR2022-01515, which were joined with that proceeding.

4

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Derek J. Fahnestock

Rodger D. Smith (#3778)
Derek J. Fahnestock (#4705)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@morrisnichols.com
dfahnestock@morrisnichols.com

*Attorneys for Plaintiffs Bayer Pharma AG, Bayer AG and Janssen Pharmaceuticals, Inc.*

SMITH, KATZENSTEIN & JENKINS LLP

/s/ Daniel A. Taylor

Neal C. Belgam (#2721)
Daniel A. Taylor (#6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorney for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.*

PHILLIPS, MCLAUGHLIN & HALL, P.A.

/s/ Megan C. Haney

John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, DE 19806-4204
(302) 655-4200
jcp@pmhdelaw.com
mch@pmhdelaw.com

*Attorneys for Defendants Lupin Limited and Lupin Pharmaceuticals, Inc.*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Anne Shea Gaza

Anne Shea Gaza (#4093)
Robert M. Vrana (#5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com

*Attorneys for Defendants Taro Pharmaceutical Industries Ltd. and Taro Pharmaceuticals U.S.A., Inc.*

5

| | |
|---|---|
| SHAW KELLER LLP | MORRIS JAMES LLP |
| */s/ Karen E. Keller* | */s/ Kenneth L. Dorsney* |
| John W. Shaw (#3362)<br>Karen E. Keller (#4489)<br>Nathan R. Hoeschen (#6232)<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br><br>*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.* | Kenneth L. Dorsney (#3726)<br>Cortlan S. Hitch (#6720)<br>3205 Avenue North Boulevard, Suite 100<br>Wilmington, DE 19803<br>(302) 888-6800<br>kdorsney@morrisjames.com<br>chitch@morrisjames.com<br><br>*Attorneys for Defendants Apotex Inc. and Apotex Corp.* |
| POTTER ANDERSON & CORROON LLP | ABRAMS & BAYLISS LLP |
| */s/ Bindu A. Palapura* | */s/ April M. Ferraro* |
| David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19899<br>(302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br><br>*Attorneys for Defendants Mylan Pharmaceuticals Inc. and Mylan Inc.* | John M. Seaman (#3868)<br>April M. Ferraro (#6152)<br>20 Montchanin Road, Suite 200<br>Wilmington, DE 19807<br>(302) 778-1000<br>seaman@abramsbayliss.com<br>ferraro@abramsbayliss.com<br><br>*Attorneys for Defendants Cipla Ltd., Cipla USA Inc., and Invagen Pharmaceuticals, Inc.* |

| | |
|---|---|
| HEYMAN ENERIO GATTUSO & HIRZEL, LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Dominick T. Gattuso* | */s/ Anne Shea Gaza* |
| Dominick T. Gattuso (#3630)<br>222 Delaware Ave., Suite 900<br>Wilmington, DE 19801<br>Phone: (302) 472-7300<br>dgattuso@hegh.law<br><br>*Attorney for Defendant Prinston Pharmaceutical, Inc.* | Anne Shea Gaza (No. 4093)<br>Samantha G. Wilson (No. 5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>swilson@ycst.com<br><br>*Attorney for Defendants Alembic Pharmaceuticals Limited, Alembic Global Holding SA, and Alembic Pharmaceuticals, Inc.* |
| KRATZ & BARRY LLP | STAMATIOS & WEINBLATT LLC |
| */s/ R. Touhey Myer* | */s/ Stamatios Stamoulis* |
| R. Touhey Myer (#5939)<br>800 N. West Street<br>Wilmington, DE 19801<br>(302) 527-8378<br>tmyer@kratzandbarry.com<br><br>*Attorney for Defendants Aurobindo Pharma Limited and Aurobindo Pharma USA, Inc.* | Stamatios Stamoulis (#4606)<br>Richard C. Weinblatt (#5080)<br>800 N. West Street Third Floor<br>Wilmington, DE 19801<br>(302) 999-1540<br>stamoulis@swdelaw.com<br>weinblatt@swdelaw.com<br><br>*Attorneys for Defendants Macleods Pharmaceuticals Ltd. and Macleods Pharma USA, Inc.* |

7

MORRIS JAMES LLP

*/s/ Kenneth L. Dorsney*

---
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants Hetero Labs Limited, Ascent Pharmaceuticals Inc., and Camber Pharmaceuticals, Inc.*

December 8, 2025

SO ORDERED this ____ day of _____, 2025.

_____
United States District Court Judge